SAWYER *v.* SALISBURY, SUPT., CHILLICOTHE CORRECTIONAL INSTITUTION.

(No. 70-634—Decided March 10, 1971.)

*Mr. William Sawyer, in propria persona.*

*Mr. Paul W. Brown,* attorney general, and *Mr. James L. Hoover,* for respondents.

*Per Curiam.* The provision of R. C. 2967.25 relied upon by petitioner does not apply to a parolee or parole violator who is sentenced upon conviction of a new felony. R. C. 2967.25(C). Thus, petitioner's sentences run consecutively and have not yet expired. Petitioner is not entitled to release from custody.

*Petitioner remanded to custody.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, CORRIGAN, STERN and LEACH, JJ., concur.